ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE PARVAN, ESQ.
Nevada Bar No.10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Plaintiff, U.S. Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A. SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C,<br><br>Plaintiff,<br>vs.<br><br>EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00117-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK TO FILE RESPONSE TO EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION'S MOTION TO DISMISS AND COUNTER-CLAIMANT SFR INVESTMENTS POOL 1, LLC'S COUNTERCLAIMS**<br><br>(First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br>vs.<br><br>U.S. BANK, N.A. SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C, a national association; ERNIE J. ALCARAZ, an individual,<br><br>Counter-Defendant/Cross-Defendant. | |

{31164372;1}

The parties respectfully submit the following Stipulation to allow Plaintiff U.S. Bank, N.A., successor trustee to Wachovia Bank, N.A., as trustee for the Certificateholders of Banc of America Funding Corporation, Mortgage Pass-Through Certificates, Series 2004-C (**U.S. Bank**), additional time to file responses to both Defendant Emerald Ridge Landscape Maintenance Association's Motion to Dismiss, filed on April 24, 2015 [Dkt. 19], and Counter-claimant SFR Investments Pool 1, LLC's Counterclaim, filed on April 23, 2015 [Dkt. 15]. U.S. Bank's responses are currently due on May 11, 2015 and May 14, 2015, respectively. The responses will now both be due on **May 22, 2015.** This stipulation is made in good faith, and is not anticipated to cause any delay to any party.

DATED this 14th day of May, 2015.        DATED this 14th day of May, 2015.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

by: /s/ Siria L. Gutierrez
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144
sgutierrez@lipsonneilson.com

*Attorneys for Defendant Emerald Ridge Landscape Maintenance Association*

AKERMAN LLP

by: /s/ Christine Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE PARVAN, ESQ
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
ariel.stern@akerman.com
christine.parvan@akerman.com

*Attorneys for Plaintiff*

by: /s/ Diana S. Cline
DIANA S. CLINE
Howard Kim & Associates
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
diana@hkimlaw.com

*Attorneys for Defendant/Counter-claimant SFR Investments Pool 1, LLC*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2015

{31164372;1}