LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
J. WILLIAM EBERT, ESQ.
NEVADA BAR NO. 2697
SIRIA L. GUTIERREZ, ESQ.
NEVADA BAR NO. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendant*
*Emerald Ridge Landscape*
*Maintenance Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2004-C<br><br>Plaintiffs,<br><br>v.<br><br>EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-00117-MMD-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO U.S. BANK, N.A.'S OPPOSITION TO EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff U.S. Bank, N.A., and Defendant Emerald Ridge Landscape Maintenance Association, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Emerald Ridge Landscape Maintenance Association to file a Reply in support of its Motion

to Dismiss shall be extended until **June 12, 2015.** The reply was currently due on May 29, 2015. An extension is necessary to enable Emerald Ridge Landscape Maintenance Association sufficient time to prepare its Reply.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

DATED this  9th  day of June, 2015.

AKERMAN LLP

By: __/s/ Christine Parvan_____
    Ariel E. Stern, Esq.
    Christine Parvan, Esq.
    1160 Town Center Dr., Suite 330
    Las Vegas, NV 89144
    Ariel.stern@akerman.com
    Christine.parvan@akerman.com
    *Attorneys for Plaintiff*
    *U.S. BANK, N.A.*

DATED this  9th  day of June, 2015.

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

By:__/s/ Siria L. Gutierrez_____
    JOSEPH P. GARIN, ESQ.
    NEVADA BAR NO. 6653
    J. WILLIAM EBERT, ESQ.
    NEVADA BAR NO. 2697
    SIRIA L. GUTIERREZ, ESQ.
    NEVADA BAR NO. 11981
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada  89144
    *Attorneys for Defendant*
    *Emerald Ridge Landscape*
    *Maintenance Association*

**ORDER**

IT IS SO ORDERED.

DATED: ___June 9, 2015_____

_____
UNITED STATED DISTRICT JUDGE