LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
J. WILLIAM EBERT, ESQ.
NEVADA BAR NO. 2697
SIRIA L. GUTIERREZ, ESQ.
NEVADA BAR NO. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sgutierrez@lipsonneilson.com
*Attorneys for Defendant*
*EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2004-C<br><br>Plaintiffs,<br><br>v.<br><br>EMERALD RIDGE LANDSCAPE, MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:15-cv-00117-MMD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION TO FILE ITS OPPOSITION TO U.S. BANK'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |
| SFR INVESTMENTS POOL, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>v.<br><br>U.S. BANK, N.A. SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., A TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-C, a national association, ERNIE J. ALCARAZ, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION TO FILE ITS OPPOSITION TO U.S. BANK'S MOTION FOR SUMMARY JUDGMENT (First Request)**

Defendant Emerald Ridge Landscape Maintenance Association and Plaintiff U.S. Bank, N.A, by and through their respective counsel of record, hereby stipulate and agree as follows:

Defendant Emerald Ridge Landscape Maintenance Association will have up to and including December 21, 2015 to file an Opposition to U.S. Bank, N.A.'s Motion for Summary Judgment (Doc. No. 40).

The extension is requested due to an unexpected illness to counsel for Defendant Emerald Ridge Landscape Maintenance Association. The stipulation was originally filed with the Court prior to the expiration of the original deadline but was found deficient due to Counsel's inadvertent failure to include a statement indicating it was the first requested extension, and failure to include the reason for the requested extension.

| | |
|---|---|
| Dated: December 15, 2015 | Dated: December 15, 2015 |
| LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C. | AKERMAN LLP. |
| /s/ Siria L. Gutierrez<br>By:_____<br>JOSEPH P. GARIN, ESQ. (NV BAR NO. 6653)<br>J. WILLIAM EBERT, ESQ. (NV BAR NO. 2697)<br>SIRIA L. GUTIERREZ, ESQ. (NV BAR NO. 11981)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>Phone: (702) 382-1500<br>Fax: (702) 382-1512<br>jgarin@lipsonneilson.com<br>bebert@lipsonneilson.com<br>sgutierrez@lipsonneilson.com<br><br>*Attorneys for Defendant*<br>*EMERALD RIDGE LANDSCAPE*<br>*MAINTENANCE ASSOCIATION* | By:__/s/ Christine Parvan, Esq._____<br>Christine Parvan, Esq.<br>(NV Bar No. 10711<br>1160 Town Center Dr., Suite 330<br>Las Vegas, NV 89144<br>Christine.parvan@akerman.com<br>*Attorneys for Plaintiff U.S. BANK, N.A.* |

IT IS SO ORDERED, this 16th day of December, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

1  Submitted by:

2  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

3

4  By:  /s/ Siria Gutierrez, Esq,
JOSEPH P. GARIN, ESQ. (NV BAR NO. 6653)
J. WILLIAM EBERT, ESQ. (NV BAR NO. 2697)
5  SIRIA L. GUTIERREZ, ESQ. (NV BAR NO. 11981)
9900 Covington Cross Drive, Suite 120
6  Las Vegas, Nevada  89144
Phone: (702) 382-1500
7  Fax: (702) 382-1512
jgarin@lipsonneilson.com
8  bebert@lipsonneilson.com
sgutierrez@lipsonneilson.com
9
*Attorneys for Defendant*
10  *EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION*