UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK, N.A., SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2004-C,<br><br>Plaintiff,<br>v.<br><br>EMERALD RIDGE LANDSCAPE MAINTENANCE ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00117-MMD-PAL<br><br>ORDER LIFTING STAY |

On September 30, 2016 this Court issued an order addressing cross motions for summary judgment. (ECF No. 57.) The Court deferred ruling on certain issues that involved an analysis of the constitutionality of NRS Chapter 116's notice provisions and issued a temporary stay pending the issuance of a mandate in *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, No. 15-15233 (9th Cir. 2016). (*Id.* at 8.) The Court also issued a stay in a number of similar cases.

The Ninth Circuit issued the mandate on December 14, 2016, after denying a petition for en banc hearing and a petition for a stay pending the resolution of a petition for writ of certiorari. *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, No. 15-15233 (9th Cir. Dec. 14, 2016) (mandate). The appellee specifically cited one of this Court's stay orders in its request for a stay of the Ninth Circuit's mandate, arguing that delaying the

mandate would promote efficiency. Nevertheless, the Ninth Circuit denied appellee's motion. Thus, *Bourne Valley*'s holding is binding precedent unless and until it is reversed, though such finality may not occur for months. Under these circumstances, the Court finds that a continued stay would not promote fairness or "secure the just, speedy, and inexpensive determination" of this case as mandated under Fed. R. Civ. P. 1.

Accordingly, the temporary stay will be lifted. The parties may file motions addressing the issues upon which the Court deferred ruling within thirty (30) days.

DATED THIS 19th day of January 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE